## Suther v. Frail.

APPEAL from Birmingham City Court.

Tried before the Hon. H. A. SHARPE.

DANIEL A. GREENE, for appellant.

LANE & WHITE and JOHN T. SHUGART, for appellee.

This suit was brought by the appellee, Jeannette Frail, suing by her next friend, to recover of the plaintiff $20,000 damages for her criminal seduction by the defendant.

There were verdict and judgment for the plaintiff assessing her damages at $4,000.

The judgment is affirmed.

Opinion by HARALSON, J.

## Stewart v. British & American Mortgage Co. Limited.

APPEAL from Pickens Circuit Court.

Tried before the Hon. S. H. SPROTT.

D. C. HODO, for appellant.

M. B. CURRY, for appellee.

This was an action of trover, brought by the appellee against the appellant. From a judgment in favor of the plaintiff the defendant appeals.

The judgment is affirmed on the authority of *Nelson v. Sanders*, 123 Ala. 615.

Opinion by TYSON, J.